UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

―――――――

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02cr300 (AVC) |
| VS. | |
| HERIBERTO BATIZ | MARCH 24, 2005 |

## MOTION TO CORRECT SENTENCE

The Defendant Heriberto Batiz represents as follows:

1.   On March 11, 2004 he was sentenced by the Honorable Alfred V. Covello, United States District Court Judge to a term of 120 months imprisonment with five (5) years supervised released and with other conditions as set forth on his judgment.

2.   That the actually judgment as printed by the District Court indicates a term of imprisonment of 128 months which is incorrect. I am attaching a copy of the Judgment.

WHEREFORE, the Defendant moves that the Court records be rectified so as to reflect the accurate sentenced issued by the District Court, and that a corrected Judgment be entered as son as possible.

        THE DEFENDANT,
        HERIBERTO BATIZ

        BY_____
        JONATHAN J. EINHORN, HIS ATTORNEY
        412 ORANGE STREET
        NEW HAVEN, CT 06511/CT BAR 00163
        JNHORN@AOL.COM

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid this 24th day of March, 2005 to: Mark D. Rubino, Esq., Assistant U.S. Attorney, 157 Church Street, P.O. Box 1824 New Haven, Connecticut 06510.

                                                  _____
                                                  JONATHAN J. EINHORN