3/11/04

## BATIZ  Sentencing

Court advises △ of appellate rights

Objections sustained as to Obstruction +
acceptance

## Batiz

→ Asks for forgiveness
→ She controlled him

△ Motion for downward departure
① DIMINIShed Capacity
- insuff evidence to conclude △ was signif. impaired
- Denied
② Family / Community Ties
- insuff. evid
- Denied
③ Harsh Conditions
- Denied

Base offense 34
accept  −3
       ̄ ̄ ̄
       31

Cate I        108−135 Months
But MIN MAN of 120
∴  120 − 135 Months

Taking into acct false stmt  → 128 mos
                              5 yrs Sup Rel
                              No fine
                              100  SA