UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America   :
                           :
vs.                        :   Criminal No.
                           :   3:02CR00300(AVC)
                           :
Herbierto Batiz            :

**AMENDMENT TO JUDGMENT**

It is hereby ordered that the Judgment (document no.79) entered by this court in the above-entitled case be amended in part as follows:

The defendant is hereby committed to the custody of the United States Attorney General to his duly authorized representative to be imprisoned for a term of **One Hundred Twenty (120) months.**

The judgment entered by this court on March 15, 2004 in all other respects remains the same.

It is so ordered this 24th day of May, 2005 at Hartford, Connecticut.

Alfred V. Covello
United States District Judge