THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
----------------------------------X

UNITED STATES OF AMERICA,

         -v-                           Case No. 3:02CR00300(AVC)

HERIBERTO BATIZ,
              Defendant.

----------------------------------X

## MOTION FOR MODIFICATION OF SENTENCE
## PURSUANT TO 18 U.S.C. § 3582 (c)(2)

---

| | |
|---|---|
| APPLICATION FOR RELIEF: | An Order granting the following relief: |
| | 1. The Court to recalculate sentence. |
| GROUNDS: | A. Commission's (retroactive) 2007 crack cocaine amendment, contrasted to offender's eligibility for reduction, |
| | B. Granting such other and further relief as to this Court deems just and proper. |
| MOTION BY: | DEFENDANT, HERIBERTO BATIZ, Pro-se. |
| SUPPORTING PAPERS: | Affirmation of DEFENDANT, HERIBERTO BATIZ, signed this 23 day of January 2008, judgment in part, and all pleadings and proceedings heretofore had herein. |

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
------------------------------------X

UNITED STATES OF AMERICA,

              -v-                        Case No. 3:02CR00300(AVC)

HERIBERTO BATIZ,
                  Defendant.

------------------------------------X

     **COMES NOW**, the DEFENDANT, HERIBERTO BATIZ, acting Pro-se, Affirms and Says under penalties of perjury that:

     On October 09, 2002, the Defendant, HERIBERTO BATIZ, was arrested by authorities, and charged for conspiracy to possess with intent to distribute 50 grams or more of cocaine base (crack); Count One, in violation of 21 U.S.C. § 846. Subsequently thereafter, pled guilty to Count One. On March 11, 2004, was sentenced on Count One, to a term of imprisonment of 128 months. On a later date, the original sentence was amended due to a clerical error, and a new sentence of 120 months was imposed under a Rule 35 (a) appeal that was granted.

     A.    **AMENDMENT'S CONTRAST TO OFFENDER'S ELIGIBILITY**

     1. Crack cocaine was involved in the offense, (see Exhibits A).

     2. Base offense level (BOL) was greater than 12, (see Exhibits A).

     3. Base offense level (BOL) was not a level 43, (see Exhibits A).

     4. The quantity of crack cocaine involved in the offense was less than 4,500 grams, (see Exhibits A).

5. Final offense level is not derived from any career/armed career offender guideline, (see Exhibits A).

6. Original one hundred-twenty eight (128) month sentence imposed was greater than the mandatory minimum for Count One, charging conspiracy to possess w/intent to distribute 50 grams or more of cocaine base (crack), under title 21 U.S.C. § 846., (see Exhibits A).

### MEMORANDUM OF LAW

<u>Haines v. Kerner</u>, 92 S.Ct. 594, expresses that the liberal standard would apply to pro-se litigants.

### CONCLUSION

WHEREFORE, Defendant prays that the within motion be granted in every respect, together with such other and further relief as to this Honorable Court deems just and proper.

*/s/ Heriberto Batiz*
HERIBERTO BATIZ, Pro-se

January 23, 2008

## CERTIFICATE OF SERVICE

I HEREBY, certify that a true and correct copy of the foregoing was mailed to Assistant U.S. Attorney Mark D. Rubino, 157 Church St., P.O. Box 1824, New Haven, CT, 06510, on this 23 day of January, in the year of 2008, by prepaid First-Class United States postage stamps.

Respectfully submitted,

*Heriberto Batiz*
HERIBERTO BATIZ, Pro-se
Reg. No. 14875-014
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

January 23, 2008

EXHIBITS A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**JUDGMENT IN A CRIMINAL CASE**

UNITED STATES OF AMERICA

v.

Heriberto Batiz

SSN: 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     DOB: 06/07/1965

FILED
2004 MAR 15 A 8 20
U.S. DISTRICT COURT
HARTFORD, CT.

CASE NO. 3:02CR00300(AVC)

<u>Mark D. Rubino</u>, Assistant U.S. Attorney

<u>Jonathan J. Einhorn</u>, Defendant's Attorney

The defendant pled guilty to count **one** after a plea of not guilty. Accordingly, the defendant is adjudged guilty of count **one**, which involves the following offense:

Title & Section: **21 U.S.C. § 846**     Count: **one**
Nature of Offense: **Conspiracy to Possess With Intent to Distribute 50 Grams or More of Cocaine Base**
Date Offense Concluded: **10/09/2002**

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of **One Hundred Twenty Eight Months (128) months.** Upon release from custody, the defendant shall be on supervised release for a term of **Five (5) years**. Special Conditions of Supervised Release include: (1) that the defendant participate in a mental health treatment program considered appropriate for him by the United States Probation Office; and (2) that the defendant participate in a substance abuse treatment program considered appropriate for him by the United States Probation Office. The court recommends to the Bureau of Prisons that the defendant be lodged at a Bureau of Prisons facility that provides psychiatric care, possibly Fort Devens, Massachusetts.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

In addition to the special conditions of supervised release imposed above, it is hereby ordered that the conditions of supervised release set out on the reverse side are imposed.

It is ordered that the defendant shall pay a Special Assessment of **$100.00,** for count **one** which shall be due **immediately.**

3/11/2004
Date of Imposition of Sentence

*(signature)*
Alfred V. Covello, United States District Judge
Date: **March 12, 2004**

**CERTIFIED AS A TRUE COPY
ON THIS DATE** _____
**Kevin F. Rowe, Clerk
BY:** _____
**Deputy Clerk**