# JONATHAN J. EINHORN

Attorney and Counselor At Law
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
(203) 777-3777
Facsimile (203) 782-1721

Gina R. Sack
Paralegal

February 20, 2008

Gail A. Berg
Paralegal

Clerk
U.S. District Court
450 Main Street
Hartford, Connecticut 06103

Re:   **United States vs. Heriberto Batiz**
      **No. 3:02cr300 (AVC)**

Dear Sir or Madam:

I have received from the Federal Defender's office the Defendant's motion to modify sentence as per the change in the "crack" guidelines.

I would be willing to continue to represent this defendant for this post-judgment purpose, inasmuch as I originally represented this defendant with regard to his plea and sentencing.

Sincerely yours,

JONATHAN J. EINHORN

JJE:gab