UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:02-CR-300(AVC) |
| | : | |
| HERIBERTO BATIZ | : | March 24, 2008 |

NOTICE OF APPEARANCE

Please enter the appearance of Henry K. Kopel, Assistant United States Attorney, as counsel

for the United States of America in the above-captioned case.

Respectfully submitted

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct24829
157 Church Street, 23d Floor
New Haven, CT 06510
(203) 821-3700

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I caused a copy of the foregoing to be sent by first-class mail, postage prepaid, to Jonathan Einhorn, Esq., counsel for defendant, and to U.S. Probation officer Megan N. Chester at the following addresses:

Jonathan Einhorn, Esq.
412 Orange Street
New Haven, CT 065111-6400

Ms. Megan N. Chester
U.S. Probation Officer
157 Church Street, 22d Floor
New Haven, CT 06510

_____
Assistant U.S. Attorney