## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA           NO. 3:02cr300 (AVC)

VS.

HERIBERTO BATIZ           APRIL 23, 2008

### MOTION FOR REAPPOINTMENT AS COUNSEL FOR THE DEFENDANT, HERIBERTO BATIZ

The defendant, Heriberto Batiz, by and through undersigned counsel, requests that the Court reappoint counsel to represent Mr. Batiz, in order to represent him for a reduction of sentence crack cocaine pursuant to 18 U.S.C. §3582(C). In making this motion, defendant asserts that undersigned counsel represented defendant at the time of his original sentencing and is in the best position to represent at this new stage in his case. Defendant has been incarcerated since the time of his sentencing and is otherwise without funds to pay for the services of counsel for this important motion.

WHEREFORE, defendant respectfully moves this court to re-appoint undersigned counsel to represent defendant in his pursuit of relief and reduction of his sentence pursuant to 18 U.S.C. §3582 and in light of Amendment 706 to the United States Sentencing Guidelines. Defendant respectfully moves that his motion be granted.

          RESPECTFULLY SUBMITTED,
          DEFENDANT, HERIBERTO BATIZ


          BY _____
          JONATHAN J. EINHORN, ESQ.
          412 ORANGE STREET
          NEW HAVEN, CONNECTICUT 06511
          203-777-3777
          FEDERAL BAR NO. ct00163

**CERTIFICATION**

  I hereby certify that on April 23, 2008, a copy of the foregoing Motion was mailed, postage prepaid to the following counsel of record:

**Henry K. Kopel**
U.S. Attorney's Office
157 Church St., PO Box 1824
23rd Floor
New Haven, CT 06510

**John A. Danaher, III**
U.S. Attorney's Office
450 Main St. Room 328
Hartford, CT 06103

**Keith Barry**
U.S. Probation Office
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

              _____
              JONATHAN J. EINHORN