# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    NO. 3:02cr300 (AVC)

VS.

HERIBERTO BATIZ                              APRIL 23, 2008

### MOTION OF DEFENDANT HERIBERTO BATIZ
### RE:  REDUCTION OF
### SENTENCE CRACK COCAINE OFFENSE 18 U.S.C. § 3582

Defendant Heriberto Batiz, in the above-captioned criminal matter, through counsel, respectfully moves the Court hereby to reduce the sentence imposed upon him by the Court on March 11, 2004, pursuant to 18 U.S.C. §3582 and the recent amendments to the sentencing guidelines  governing crack cocaine offenses.

In its Addendum, the Probation Office concludes that the difference in sentencing range is 21-27 months with a revised release date after the reduction called for by the amended guidelines of August 6, 2011.

WHEREFORE,  in light of the foregoing, and the Addendum prepared by and submitted by the United States Probation Office, Defendant respectfully moves this Court to grant this motion to reduce Defendant's sentence pursuant to 18 U.S.C. §3582 and in light of Amendment 706 to the United States Sentencing Guidelines.

Defendant respectfully moves that his motion be granted.

RESPECTFULLY SUBMITTED,
DEFENDANT, HERIBERTO BATIZ


BY _____
 JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
203-777-3777
FEDERAL BAR NO.  ct00163

### CERTIFICATION


I hereby certify that on April 23, 2008, a copy of the foregoing Motion was mailed, postage prepaid to the following counsel of record:

**Henry K. Kopel**
U.S. Attorney's Office
157 Church St., PO Box 1824
23rd Floor
New Haven, CT 06510

**John A. Danaher, III**
U.S. Attorney's Office
450 Main St. Room 328
Hartford, CT 06103

**Keith Barry**
U.S. Probation Office
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

_____
JONATHAN J. EINHORN