UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02-CR-300(AVC) |
| | : | |
| v. | : | |
| | : | |
| HERIBERTO BATIZ | : | May 2, 2008 |

UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO MOTIONS TO MODIFY SENTENCE

The United States of America (the "United States") hereby respectfully moves for an extension of time, to Friday, May 30, 2008, in which to respond to the defendant's pro se motion and to appointed counsel's motion, both of which seek a reduction of the defendant's sentence under recent amendments to the federal sentencing guidelines that govern cocaine base offenses. As grounds for this request, the United States says the following.

1. On March 11, 2004, the defendant was sentenced to serve a term of 120 months' imprisonment and a term of 5 years of supervised release, based on his plea of guilty to one count of conspiracy to possess with intent to distribute fifty grams or more of cocaine base, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(i).

2. On or about January 23, 2008, the defendant served by mail a pro se motion seeking modification of his sentence ("pro se Motion"), based on recent amendments to the federal sentencing guidelines with respect to cocaine base offenses.

3. By letter dated February 20, 2008, Jonathan Einhorn, Esq., who represented the defendant in the above-captioned criminal case, notified the Court of his willingness to represent the defendant with respect to the motion to modify sentence. By an endorsement order dated March 3, 2008, the Court appointed attorney Einhorn to represent the defendant for that purpose.

4. On April 23, 2008, attorney Einhorn served by mail a motion seeking reduction of defendant's sentence ("appointed counsel's Motion"), based on the recent amendments to the cocaine base sentencing guidelines.

5. After the defendant filed his pro se Motion to modify the sentence in January of 2008, undersigned government counsel was assigned to the case, because the assistant U.S. attorney who prosecuted the original case had left the U.S. Attorney's Office.

6. Although undersigned government counsel has prepared a draft response to both the pro se Motion and appointed counsel's Motion, the response cannot be completed until the government's closed-out case file is retrieved and certain documents therein are reviewed.

7. Delaying the government's response to May 30, 2008, would not prejudice the defendant, because even if his Motion were granted, he would not be eligible for release before sometime in the year 2011. Having been sentenced on March 11, 2004, the defendant's present 10-year sentence – even with credit for time served on pretrial detention – will not expire until sometime in 2013. If the defendant's motion were granted, it would afford no more than a 2-level reduction in his offense level under the sentencing guidelines, which would translate into a sentence reduction of less than two years.

8. Undersigned government counsel has contacted attorney Einhorn about this motion, and he has advised that the defense does not oppose this motion.

WHEREFORE, the government respectfully requests that the Court extend to Friday, May 30, 2008, the deadline for the government's response to the defendant's pro se Motion and appointed counsel's Motion, both of which seek to modify defendant's sentence.

    Respectfully submitted

    NORA R. DANNEHY
    ACTING UNITED STATES ATTORNEY


    /s/
    HENRY K. KOPEL
    ASSISTANT UNITED STATES ATTORNEY
    Fed. Bar No. ct24829
    157 Church Street, 23d Floor
    New Haven, CT  06510
    (203) 821-3700

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2008, I caused a copy of the foregoing pleading and proposed order to be sent by first-class mail, postage prepaid, to Jonathan Einhorn, Esq., counsel for defendant, and to U.S. Probation officer Megan N. Chester at the following addresses:

Jonathan Einhorn, Esq.
412 Orange Street
New Haven, CT 065111-6400

Ms. Megan N. Chester
U.S. Probation Officer
157 Church Street, 22d Floor
New Haven, CT 06510

/s/ _____
Assistant U.S. Attorney