UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02-CR-300(AVC) |
| | : | |
| v. | : | |
| | : | |
| HERIBERTO BATIZ | : | |

## ORDER

_____Upon consideration of the United States of America's Unopposed Request for Extension of Time to Respond to Pro Se Motion to Modify Sentence ("Extension Request"), and the record of the case as a whole,

IT IS HEREBY ORDERED that the Extension Request is granted; and

IT IS FURTHER ORDERED that the United States shall have until Friday, May 30, 2008, to respond to both the pro se Motion and appointed counsel's Motion to modify sentence.

Dated this _____ day of _____ , 2008, at Hartford, Connecticut.

_____
HON. ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE.