

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02-CR-300(AVC) |
| | : | |
| v. | : | |
| | : | |
| HERIBERTO BATIZ | : | May 2, 2008 |

### UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO MODIFY SENTENCE

The United States of America (the "United States") hereby respectfully moves for an extension of time, to Friday, May 30, 2008, in which to respond to the defendant's pro se motion and to appointed counsel's motion, both of which seek a reduction of the defendant's sentence under recent amendments to the federal sentencing guidelines that govern cocaine base offenses. As grounds for this request, the United States says the following.

1. On March 11, 2004, the defendant was sentenced to serve a term of 120 months' imprisonment and a term of 5 years of supervised release, based on his plea of guilty to one count of conspiracy to possess with intent to distribute fifty grams or more of cocaine base, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(i).

2. On or about January 23, 2008, the defendant served by mail a pro se motion seeking modification of his sentence ("pro se Motion"), based on recent amendments to the federal sentencing guidelines with respect to cocaine base offenses.

3. By letter dated February 20, 2008, Jonathan Einhorn, Esq., who represented the defendant in the above-captioned criminal case, notified the Court of his willingness to represent the defendant with respect to the motion to modify sentence. By an endorsement order dated March 3, 2008, the Court appointed attorney Einhorn to represent the defendant for that purpose.

*[Margin annotation, left side, rotated:]* The government's response is due on or before May 30, 2008. The motion is GRANTED. /s/ Alfred V. Covello, USDJ   Alfred V. Covello, U.S.D.J.

*[Bottom left:]* 3:02CR0300(AVC) May 8, 2008. SO ORDERED.

*[Handwritten:]* 02CR300 end 93